United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13706-mdc
Anntionette Jones                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Nov 13, 2018
                   Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14181161          E-mail/Text: bankruptcy.bnc@ditech.com Nov 14 2018 03:07:42      Ditech Financial LLC,
        P.O. Box 6154,    Rapid City, SD 57709-6154
                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Rushmore Loan Management Services
       bkgroup@kmllawgroup.com
      MICHAEL D. SAYLES    on behalf of Debtor Anntionette  Jones midusa1@comcast.net,
       michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                               TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13706-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Anntionette Jones
6678 Chew Avenue
Philadelphia PA 19119

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/08/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 4: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA. 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/15/18

Tim McGrath
**CLERK OF THE COURT**