## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Anntionette Jones

               Debtor

CHAPTER 13

Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for
Pretium Mortgage Acquisition Trust, its successors
and/or assigns

               Movant

       vs.

NO. 18-13706 MDC

Anntionette Jones

               Respondent

11 U.S.C. Section 362

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, which was filed
with the Court on or about August 6, 2018 (Document No. 14). The loan was service transferred to
Wilmington Savings Fund Society, FSB from Ditech Financial LLC on August 27, 2018.

               Respectfully submitted,

               **/s/ Kevin G. McDonald, Esquire**
               Kevin G. McDonald, Esquire
               Attorney for Movant
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322

December 17, 2018