UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Anntionette Jones**                :        Chapter 13
                                            :
Debtor                                      :        Bankruptcy No. **18-13706\mdc**

PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, **Debtor**, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for **April 18, 2019**, in the above-referenced case:

1.  The above-named debtor is current with all post-petition obligations.

2.  The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.  The above-named debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.  If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5.  If this Certification is being signed by counsel of debtor, counsel certifies that debtor was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: **March 31, 2019**            BY**: \s\ Anntionette Jones**