UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Anntionette Jones** : CHAPTER: 13
:
:
DEBTOR : BANKRUPTCY NO.: **18-13706\MDC**

# ORDER OF COURT

**AND NOW**, this _8th_ day of _August_ 2019, **after notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

William Miller, Esquire
PO Box 40119
Philadelphia, PA  19106

**All Creditors listed on attached mailing matrix**