United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13706-mdc
Anntionette Jones                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: TashaD            Page 1 of 1         Date Rcvd: Aug 08, 2019
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.
db             +Anntionette Jones,   6678 Chew Avenue,   Philadelphia, PA 19119-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:
     KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    Rushmore Loan Management Services bkgroup@kmllawgroup.com
     MICHAEL D. SAYLES    on behalf of Debtor Anntionette  Jones midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                   TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Anntionette Jones** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **18-13706\MDC** |

# ORDER OF COURT

AND NOW, this _____8th_____ day of _____August_____ 2019, **after notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Copies to:

Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

William Miller, Esquire
PO Box 40119
Philadelphia, PA 19106

**All Creditors listed on attached mailing matrix**