UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Anntionette Jones**         :             CHAPTER:  13
                                     :
                                     :
                                     :
DEBTOR                               :        BANKRUPTCY NO.: **18-13706/MDC**

\*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED   MOTION TO MODIFY
DEBTOR'S  CHAPTER 13 PLAN AFTER
CONFIRMATION**

The motion to modify of the above-named Debtors, respectfully represents:

1.  This case was commenced by the filing on **June 4, 2018**, a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

2.  William Miller, Esquire has been appointed Chapter 13 Trustee.

3.  Debtor's modified plan was confirmed **April 18, 2019**.

4.  Debtor's has paid the sum of **$5,978.00** into the plan.

5.  Debtor requests permission to modify said plan.

6.  **Debtor is income has been negatively impacted by the uncertainty of the pandemic outbreak. Debtor's spouse is a laborer in warehouse & his hours have curtailed due the pandemic.**

7.  Debtor proposes to adjust their post confirmation plan payments  by adding a term of 24 months unto the end of his confirmed plan.

8.  Therefore, Debtor request permission to modify their plan accordingly.

        **WHEREFORE,** Debtor moves that this Honorable Court enter an Order granting Debtor's Motion to Modify Plan Post Confirmation.

Date: **August 10, 2020**

                                             \s\ **Michael D. Sayles**
                                             Michael D. Sayles
                                             Attorney for Debtor
                                             427 W. Cheltenham Avenue
                                             Elkins Park, PA  19027
                                             (215) 635-2270