United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anntionette Jones  
     Debtor

Case No. 18-13706-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: TashaD     Page 1 of 1     Date Rcvd: Sep 08, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.  
db            +Anntionette Jones,    6678 Chew Avenue,    Philadelphia, PA 19119-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:

         KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Rushmore Loan Management Services bkgroup@kmllawgroup.com  
         MICHAEL D. SAYLES    on behalf of Debtor Anntionette   Jones midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                   TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Anntionette Jones**            :        CHAPTER: 13
                                        :
                                        :
DEBTOR                                  :        BANKRUPTCY NO.: **18-13706/MDC**

# ORDER OF COURT

**AND NOW**, this ___8th___ day of ___September___ 2020, **after notice and hearing,** and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED and DECREED** that the Motion is granted.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge