# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankrupcty No. 18-13706-MDC

ANNTIONETTE  JONES

6678 CHEW AVENUE

PHILADELPHIA, PA 19119

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANNTIONETTE  JONES

6678 CHEW AVENUE

PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

MICHAEL SAYLES, ESQUIRE
427 W CHELTENHAM AV
SUITE #2
ELKINS PARK, PA 19027-

Date: 5/19/2021

/S/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee