UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                                 CASE NO.: 18-13706-mdc
                                                                                          **CHAPTER 13**

**Anntionette Jones,**
    **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Authorized Agent for Secured Creditor
                                          130 Clinton Rd #202
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112

                                          By: /s/Charles Wohlrab
                                              Charles Wohlrab, Esq.
                                              Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANNTIONETTE JONES
6678 CHEW AVENUE
PHILADELPHIA, PA 19119

And via electronic mail to:

SAYLES AND ASSOCIATES
427 WEST CHELTENHAM AVENUE, SUITE #2
ELKINS PARK, PA 19027-3201

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Trintney Whitsel
Trintney Whitsel