United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-13706-mdc
Anntionette Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Sep 22, 2021 | Form ID: 167 | Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anntionette Jones, 6678 Chew Avenue, Philadelphia, PA 19119-1902 |
| 14117197 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14117198 | + | Ditech Financial LLC, f/k/a Green Tree Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |
| 14181161 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14117200 | | FBCS, Inc., PO Box 1116, Charlotte, NC 28201-1116 |
| 14117202 | + | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14117203 | + | Office of the Deputy Director, of Finance for Adjudiccation, City of Philadelphia, PO box 41818, Philadelphia, PA 19101-1818 |
| 14117204 | + | Rebecca A. Solarz, Esquire, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14227184 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA. 92619-5004 |
| 14525470 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |
| 14616535 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O Charles Griffin Wohlrab, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept Houston TX 77042-4546 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14117194 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2021 23:17:00 | Ashley Stewart/WFNNB, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 14235937 | | Email/Text: megan.harper@phila.gov | Sep 22 2021 23:17:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14172996 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 22 2021 23:23:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117195 | | Email/Text: bankruptcy@philapark.org | Sep 22 2021 23:17:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14117196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2021 23:17:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14178157 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2021 23:17:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14117201 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2021 23:17:00 | Jefferson Capital Systems, LLC, P.O. Box 23051, Columbus, GA 31902-3051 |
| 14117927 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 22 2021 23:24:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14117205 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Sep 22 2021 23:23:58 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 14122913 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 22 2021 23:23:59 | T Mobile/T-Mobile USA Inc, by American |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 22, 2021 | Form ID: 167 | Total Noticed: 21 |

InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14117199 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust cwohlrab@raslg.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Rushmore Loan Management Services bkgroup@kmllawgroup.com |
| MICHAEL D. SAYLES | on behalf of Debtor Anntionette Jones midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anntionette Jones
    Debtor(s)

Case No: 18−13706−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certificate of Default

on: 10/26/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 9/22/21

For The Court

Timothy B. McGrath
Clerk of Court

110 − 108
Form 167