# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-13706-MDC

ANNTIONETTE JONES

6678 CHEW AVENUE

PHILADELPHIA, PA 19119

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANNTIONETTE JONES

6678 CHEW AVENUE

PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

MICHAEL SAYLES, ESQUIRE
427 W CHELTENHAM AV
SUITE #2
ELKINS PARK, PA 19027-

Date: 1/24/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee