**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 18-13706-mdc** |
| | **CHAPTER 13** |
| **Anntionette Jones,** | |
| **Debtor** | |

/

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT**

    **PLEASE TAKE NOTICE THAT**, on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Certification of Default (Doc.: 108), filed on September 15, 2021.**

                                         **Robertson, Anschutz, Schneid, Crane**
                                         **& Partners, PLLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202,
Fairfield, NJ 07004
Telephone: 470-321-7112
Email: CWohlrab@raslg.com

By: /s/ Charles Wohlrab
    Charles Wohlrab, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **March 21, 2022**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Anntionette Jones
6678 Chew Avenue
Philadelphia, PA 19119

And via electronic mail to:

Michael D. Sayles
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

By: /s/Charles Wohlrab
Charles Wohlrab, Esq.
Email: CWohlrab@raslg.com