IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Anntionette Jones,<br>Glenn S. Jones,<br><br>Debtors. | Bankruptcy No. 18-13706-djb<br><br>Chapter 13<br><br>Doc. No. 155 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Doc 155 filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST;

**AND**, the Court concluding that the subject MOTION FOR RELIEF FROM STAY, MOTION FOR RELIEF FROM CO-DEBTOR STAY PART 2 <u>EXHIBIT-PAGE 8</u>, Doc 155 fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to MOTION FOR RELIEF FROM STAY, MOTION FOR RELIEF FROM CO-DEBTOR STAY PART 2 <u>EXHIBIT-PAGE 8</u>, on the Doc 155 forthwith.

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before May 7, 2025**.

**Date: April 24, 2025**
Dated:_____

BY THE COURT:

_____
United States Bankruptcy Judge Derek J. Baker