**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Anntionette Jones,<br><br>    Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br><br>    Movant,<br><br>    v.<br><br>Anntionette Jones,<br><br>    Debtor/Respondent,<br><br>Glenn S. Jones,<br><br>    Co- Debtor/Respondent,<br><br>KENNETH E. WEST,<br><br>    Trustee/Additional Respondent. | Bankruptcy No. 18-13706-djb<br><br>Chapter 13<br><br>Hearing Date: September 11, 2025<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street,<br>Courtroom Number #2<br>Philadelphia, PA 19107 |

## NOTICE OF RELISTING
### MOTION FOR RELIEF FROM AUTOMATIC STAY
### AND CO-DEBTOR STAY, RESPONSE DEADLINE AND HEARING DATE

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Movant") has filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d)(1), including costs and disbursements of this action, and for such other and further relief as the Court may deem just and proper.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before **September 1,**

18-13706<br>21-113301<br>MFR

**2025** **you or your attorney must filed a response to the Motion**. (*see Instructions on next page*).

**(a)** File an answer explaining your position at: Office of the Clerk of the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough that it will be received on or before the dates stated above; and

**(b)** Mail a copy to the Movant's attorney:

Sherri R. Dicks, Esquire
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
Email: sdicks@raslg.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion** is scheduled to be held before **Judge Derek J. Baker on September 11, 2025 at 11:00a.m. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

Dated: 8/15/2025

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Sherri R. Dicks
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Anntionette Jones,<br><br>    Debtor.<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST,<br><br>    Movant,<br><br>    v.<br><br>Anntionette Jones,<br><br>    Debtor/Respondent,<br><br>Glenn S. Jones,<br><br>    Co- Debtor/Respondent,<br><br>KENNETH E. WEST,<br><br>    Trustee/Additional Respondent. | Bankruptcy No. 18-13706-djb<br><br>Chapter 13<br><br>Hearing Date: September 11, 2025<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street,<br>Courtroom Number #2<br>Philadelphia, PA 19107 |

## CERTIFICATE OF SERVICE

I, <u>Sherri Dicks</u>, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>August 15, 2025,</u> I caused to be served copies of the **Notice of (Re-listed) Motion** on the parties on the below Service List via electronic and/or First Class Mail, postage prepaid.

Debtor
Anntionette Jones
6678 Chew Avenue
Philadelphia, PA 19119

Co-Debtor
Glenn S. Jones

6678 Chew Avenue
Philadelphia, PA 19119

Debtor Attorney
MICHAEL D. SAYLES, ESQ.
Sayles and Associates
427 West Cheltenham Avenue, Suite #2
Elkins Park, PA 19027-3201

Trustee
KENNETH E. WEST
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

FREDERIC J. BAKER
Assistant United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/Sherri R. Dicks
Sherri R. Dicks
PA Bar Number 90600
Email: sdicks@raslg.com