**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: | Bankruptcy No. 18-13706/djb |
| Anntionette Jones, | Chapter 13 |
| Debtor. | |

## **PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection of U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust [at Docket Entry No. 155] filed April 11, 2025.

    Robertson, Anschutz, Schneid, Crane
    & Partners, PLLC
    Attorneys for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: (470) 321-7112
    Facsimile: (561) 997-6909

    By: /s/Sherri R. Dicks
    Sherri R. Dicks, Esquire
    Pennsylvania Bar Number 90600
    Email: sdicks@raslg.com