United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 18-13706-djb

Anntionette Jones                                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                              Page 1 of 3

Date Rcvd: May 26, 2026                       Form ID: 206                                             Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anntionette Jones, 6678 Chew Avenue, Philadelphia, PA 19119-1902 |
| 14117197 | | Ditech, PO Box 94710, Palatine, IL 60094-4710 |
| 14117199 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 14181161 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14117200 | | FBCS, Inc., PO Box 1116, Charlotte, NC 28201-1116 |
| 14117205 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 14117203 | + | Office of the Deputy Director, of Finance for Adjudiccation, City of Philadelphia, PO box 41818, Philadelphia, PA 19101-1818 |
| 14117204 | + | Rebecca A. Solarz, Esquire, 701 Market Street, Philadelphia, PA 19106-1538 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2026 03:58:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14117194 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2026 03:58:00 | Ashley Stewart/WFNNB, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 14235937 | | Email/Text: megan.harper@phila.gov | May 27 2026 03:58:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14172996 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 04:03:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117195 | | Email/Text: bankruptcy@philapark.org | May 27 2026 03:58:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14117196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2026 03:58:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14117205 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | May 27 2026 03:58:00 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 14178157 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2026 03:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14117201 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 27 2026 03:58:00 | Jefferson Capital Systems, LLC, P.O. Box 23051, Columbus, GA 31902-3051 |
| 14117202 | ^ | MEBN | May 27 2026 03:54:54 | KML Law Group, PC, Suite 5000-BNY |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 26, 2026 | Form ID: 206 | Total Noticed: 25

| | | | | Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
|---|---|---|---|---|
| 14227184 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 27 2026 03:58:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA. 92619-5004 |
| 14117927 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2026 04:03:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14122913 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2026 04:03:52 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14993895 | + | Email/Text: RASEBN@raslg.com | May 27 2026 03:58:00 | U.S. Bank Trust N.A., c/o SHERRI DICKS, Robertson Anschutz Schneid Crane &, Partners, PLLC, 130 Clinton Road, Lobby B, Suite 202, Fairfield, NJ 07004-2927 |
| 14993864 | + | Email/Text: RASEBN@raslg.com | May 27 2026 03:58:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14924281 | + | Email/Text: bkteam@selenefinance.com | May 27 2026 03:58:00 | U.S. Bank Trust National Association, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14525470 | + | Email/Text: bkteam@selenefinance.com | May 27 2026 03:58:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, c/o Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |
| 14616535 | + | Email/Text: bkteam@selenefinance.com | May 27 2026 03:58:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, C/O Charles Griffin Wohlrab, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14117198 | ##+ | Ditech Financial LLC, f/k/a Green Tree Servicing LLC, 3000 Bayport Drive, Suite 880, Tampa, FL 33607-8409 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | |

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2

District/off: 0313-2                        User: admin                                    Page 3 of 3

Date Rcvd: May 26, 2026                     Form ID: 206                                    Total Noticed: 25

Acquisition Trust jkatz@raslg.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
Mortgage Acquisition Trust bkgroup@kmllawgroup.com

KEVIN G. MCDONALD

on behalf of Creditor Rushmore Loan Management Services bkgroup@kmllawgroup.com

MATTHEW K. FISSEL

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
Mortgage Acquisition Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL D. SAYLES

on behalf of Debtor Anntionette Jones midusa1@comcast.net  midusa1@outlook.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
Acquisition Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium
Mortgage Acquisition Trust mimcgowan@raslg.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
Acquisition Trust rshearer@raslg.com

SHERRI DICKS

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
Acquisition Trust sdicks@raslg.com, shrdlaw@outlook.com

SHERRI DICKS

on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Anntionette Jones                                      Case No: 18−13706−djb

     Debtor(s)

---

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file certification of completion of instructional course concerning personal financial management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has a prior discharge and is not eligible for a discharge in this case.

For The Court

Dated: May 26, 2026

Mohung Wong
Clerk of Court

181
Form 206